FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

In the United States District Court
For the Western District of Michigan

Chauncey Phillips

_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Mike Duggan, Wayne County
Prosecutor For Det. Mich.

_____

(Enter above the full name of the defendant or defendants in this action.)

5:03 CV 0124

**Gordon J. Quist
U.S. District Judge**

Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

**Instructions for Filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983**

This packet includes three copies of a complaint form. To start an action, you must file an original complaint and one copy for the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. If the court determines that the complaint should be served on one or more defendants, the court will specifically order you to provide further copies for this purpose. Until ordered to do so, do not submit to the court copies of the complaint or exhibits for purposes of service on defendants. **The clerk of the court will not file your complaint unless it conforms to these instructions and to these forms.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed *in forma pauperis* by completing and signing the attached affidavit in support of application. You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **If the court grants you leave to proceed *in forma pauperis*, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the **correct name and address of each person you have named as defendant.** A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

| U.S. District Court | U.S. District Court | U.S. District Court | U.S. District Court |
|---|---|---|---|
| 399 Federal Building | 229 Federal Building | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., NW | P.O. Box 698 | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

(Last Revised: May 2003)



COMPLAINT

I.      **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.**

A.      Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐ No ☐

B.      If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

    1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

    _____

    2.  Is the action still pending?    Yes ☐  No ☐

      a.  If your answer was no, state precisely how the action was resolved: _Judge Explaination_
    _Was No Case of Action._

    3.  Did you appeal the decision?   Yes ☐  No ☐

    4.  Is the appeal still pending?    Yes ☐  No ☐

      a.  If not pending, what was the decision on appeal? _____

    _____

    5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

    If so, explain: _____

    _____

II.     **Place of Present Confinement** _____

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

III.    **Exhaustion of Administrative Remedies**

**CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding *in forma pauperis*. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.**

A.  Is your place of confinement a facility operated by the Michigan Department of Corrections?    Yes ☐ No ☐

B.  If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint?    Yes ☐ No ☐

    1.  If your answer is no, explain why a grievance was not filed: _____

    _____

- 2 -

COMPLAINT

2.   If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form:

_____

3.   What was the decision upon your grievance at Step I? _Clerk Refused to send my Grievang from._

C.   If your answers to A and B are yes, did you appeal the Step I decision?  Yes ☐  No ☐

   1.   If your answer above was yes, what was the Step II decision? _____

_____

   Did you appeal to Step III?   Yes ☐  No ☐

   If your answer above was yes, what was the decision at Step III? _____

_____

D.   Does your complaint concern a misconduct charge filed against you?   Yes ☐  No ☑

   1.   Did you have an administrative hearing on the misconduct charge?   Yes ☐  No ☐

   If yes, what was the hearing officer's decision? _____

_____

   2.   Did you request an administrative rehearing?   Yes ☐  No ☐

   If you did request an administrative rehearing, what was the decision rendered upon rehearing? _____

_____

   3.   After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan?   Yes ☐  No ☐

      a.   If yes, what was the decision of the circuit court? _____

_____

      b.   Did you appeal the decision of the circuit court?   Yes ☐  No ☐

   If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: _____

_____

E.   If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit:
_Judge over and over you will see on record the prosecution Dist. Judge and my Atty. refused to follow their own rules regulations or procedures._

F.   If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken:
_Judge you not going to believe the court conduct they say they do what they want, and I can tell anyone I want._

- 3 -

IV. **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff _Chauncey Phillips_

Address _____

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. **State whether your are suing each defendant in an official or personal capacity.**

B.  Defendant _Mike Duggann_ is employed as _Det. Michigan Wayne County Prosecutor_

C.  Additional Defendants _Yes, Police Det._

_____

_____

_____

_____

V.  **Statement of Claim** " Clear Cut " SEE Records.

State here, as briefly as possible, the **facts** of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Malicious Prosecution, The reason for this action against Prosecutor Mike Duggann. #1 He lead the action of false act or a charge to Defile my name and went on to punish me for no reason according to his own rules regulations or procedures. 2# Facing law suit now, its still they do what ever they want and its our game, At no time did I ever agree to or sign for Atty. #3. Law Library was taken without cause, was not allowed to speak to the court. Went on to cover up there trial. These offers came from Mike Duggann. Again uour not going to defile me ...

## VI. Relief

State briefly and precisely what you want the court to do for you.

Federal Judge, Please ask the court to transfer All Documentation based on a 1991 Ford Van. Because the Elaments to Fit the charge was never Address, its on wish And hoped your Promiss to uphold the law. I was threw in a cell because records show they do what they want as they stated, Wayne County default is being ask to be good. Also will the Judge for Federal court make sure the U.S. Marshall is used to serve this suit in Frankfort for the

Please    8/10/03
_____/Date_____                    _____Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprized of an address change may be considered cause for dismissal.

- 5 -

Thank you